IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| GREGORY SEABROOK, | ) CASE NO. CR405-24 |
| Defendant. | ) |

## O R D E R

The Government has moved for a reduction of sentence in this case pursuant to Federal Rule of Criminal Procedure 35(b). (Docs. 78 & 79.) The Government asserts that a reduction is warranted based on Defendant's substantial assistance in the investigation and prosecution of others. After careful consideration, the Government's Motion for Sentence Reduction is **GRANTED**. Defendant's term of imprisonment shall be reduced to **48 months**. All other terms and conditions of the sentence previously imposed by the Court shall remain in full effect.

SO ORDERED this 4th day of August, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA